UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

IN RE:

Wayne Russell,

Debtor.

Case No. 18-14445-JNF
Chapter 7

### Order Granting Nationstar Mortgage, LLC Relief From The Automatic Stay and Leave to Foreclose Mortgage

This matter has come before the Court, and after full consideration, and no objection having been filed after proper notice, it is hereby ordered that Nationstar Mortgage, LLC, its Successors and/or Assigns, Motion for Relief From Automatic Stay is hereby granted and the stay imposed by 11 U.S.C. §362 and/or 11 U.S.C. §1301 is hereby terminated and it may proceed to foreclose or accept a deed in lieu of foreclosure of the mortgage given by Wayne Russell to PNC Mortgage, a division of PNC Bank, National Association dated July 14, 2011. Said mortgage is recorded in the Suffolk County Registry of Deeds at Book 48177, Page 102 and covering the premises located at 136 Marcella Street, Unit 1, Marcella Street Condominium, Roxbury, MA 02119.  Nationstar Mortgage, LLC, its Successors and/or Assigns, may exercise its rights under said Mortgage, including preserving its right to seek any deficiency to the extent permitted by state and federal law, including 11 U.S.C. §524(a), and may bring such actions, including, without limitation, eviction proceedings, as are permissible by law, all as set forth in its Motion.

_Joan N. Feeney_  01/11/2019
Honorable Joan N. Feeney
United States Bankruptcy Judge

18-14445-JNF



1